UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ZAITZEFF, an individual, et al.,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>PEREGRINE FINANCIAL GROUP, INC., etc., et al.,<br><br>　　　　　　Defendants, | CASE NUMBER<br><br>CV 08-2874 MRP (JWJx)<br><br>ORDER RETURNING CASE<br><br>FOR REASSIGNMENT |

IT IS ORDERED that the above-entitled case is hereby returned to the Clerk for random reassignment pursuant to the provisions of General Order No. 224.

DATED: May 2, 2008

　　　　　　　　　　　　　　　　　_/s/ Mariana R. Pfaelzer_
　　　　　　　　　　　　　　　　　Honorable Mariana R. Pfaelzer
　　　　　　　　　　　　　　　　　United States District Judge

### NOTICE TO COUNSEL FROM CLERK:

　　This case has been reassigned to Judge __Margaret M. Morrow__ for all further proceedings. On all documents subsequently filed in this case, please substitute the initials __MMM__ after the case number in place of the initials of the prior judge so that the case number will read CV __08-2874 MMM (JWJx)__.

　　This is very important because documents are routed to the assigned judge by means of the initials. The case file, under seal documents, exhibits, docket, transcripts or depositions may be viewed at the:
☒ Western   ☐ Southern   ☐ Eastern Division.
　　**Subsequent documents must be filed at the   ☐ Western   ☐ Southern   ☐ Eastern Division.
　　Failure to file at the proper location will result in your documents being returned to you.**

CV-89 (01/05)　　　　　ORDER RETURNING CASE FOR REASSIGNMENT