**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | |
| v. | **NOTICE TO PARTIES OF ADR PILOT PROGRAM** |
| DEFENDANT(S). | |

Dear Counsel,

 The district judge to whom the above-referenced case has been assigned is participating in an ADR Pilot Program. All counsel of record are directed to jointly complete the attached ADR Pilot Program Questionnaire, and plaintiff's counsel (or defendant in a removed case) is directed to concurrently file the Questionnaire with the report required under Federal Rules of Civil Procedure 26(f).

            Clerk, U.S. District Court

Dated:_____  By: <u>ANEL HUERTA</u>
                  Deputy Clerk

cc: *Attorney Settlement Officer Panel Coordinator*

ADR-08 (05/03)        **NOTICE TO PARTIES OF ADR PILOT PROGRAM**