```
MICHAEL TRACY SBN 237779
MEGAN HUTCHINS SBN 227776
LAW OFFICES OF MICHAEL TRACY
2030 MAIN ST., STE. 1300
IRVINE, CA 92614
TELEPHONE: (949) 260-9171
FACSIMILE: (866) 365-3051
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| DAVID ZAITZEFF | CASE NUMBER: |
|---|---|
| Plaintiff(s) | CV0802874MRPJWJX |
| v. | |
| PEREGRINE FINANCIAL GROUP | **PROOF OF SERVICE**<br>**SUMMONS AND COMPLAINT**<br>(Use separate proof of service for each person/party served) |
| Defendant(s) | |

1. At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the *(specify documents)*:
   a. ☒ summons    ☒ complaint    ☐ alias summons    ☐ first amended complaint
                                                        ☐ second amended complaint
                                                        ☐ third amended complaint

   ☒ other *(specify)*: SEE ATTACHMENT

2. **Person served:**
   a. ☒ Defendant *(name)*: Joseph Peter Slaga, an individual
   b. ☒ Other *(specify name and title or relationship to the party/business named)*:
      JASMINE HOLMES, PERSON APPARENTLY IN CHARGE.
   c. ☒ Address where papers were served: 400 CAMARILLO RANCH RD., STE. 101, CAMARILLO, CA

3. **Manner of Service** in compliance with *(the appropriate box must be checked)*:
   a. ☐ Federal Rules of Civil Procedure
   b. ☒ California Code of Civil Procedure

4. **I served** the person named in Item 2:
   a. ☐ By **Personal service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.
      1. ☐ Papers were served on *(date)*: _____ at *(time)*: _____

   b. ☒ By **Substituted service.** By leaving copies:
      1. ☐ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.
      2. ☒ **(business)** or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.
      3. ☒ **Papers were served on** *(date)*: 05/12/08    at *(time)*: 9:55 AM
      4. ☒ **by mailing** *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).
      5. ☒ **papers were mailed** on (date): 05/13/08
      6. ☐ **due diligence.** I made at least three (3) attempts to personally serve the defendant.

---

CV-1 (04/01)                    PROOF OF SERVICE - SUMMONS AND COMPLAINT                    PAGE 1

c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity.** (F.R.Civ.P. 4(h)) (C.C.P. 416.10) By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity.** (C.C.P. 415.20 only) By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service).**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☒ **Other** (specify code section and type of service): AUTHORIZED PERSON 415.20

5. Service upon the **United States, and Its Agencies, Corporations or Officers**.

   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.

   Name of person served:

   Title of person served:

   Date and time of service: *(date)*: _____ at *(time)*: _____

   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number)*:
   JOAQUIN BRACAMONTES 375/VENTURA
   DDS LEGAL SUPPORT SYSTEMS
   2900 BRISTOL ST., STE. E106
   COSTA MESA, CA 92626
   (714) 662-5555

   a. Fee for service: $ 89.90
   b. ☐ Not a registered California process server
   c. ☐ Exempt from registration under B&P 22350(b)
   d. ☒ Registered California process server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: MAY 15, 2008

*(Signature)*

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

CV-1 (04/01)

PAGE 2

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| Michael L. Tracy, Esq. SBN 237779<br>2030 Main St Ste 1300<br>Irvine        CA        92614<br>ATTORNEY FOR (Name | (949) 260-9171 | |
| Insert of Court Name of Judicial District and Branch Court if any<br>UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA | | |
| SHORT TITLE OF CASE<br>ZAITZEFF V. PEREGRINE | | |
| 1377995       (HEARING) Date       Time       Dept | | Case Number:<br>CV0802874MRP(JWJx)<br>REFERENCE NO.<br>ZAITZEFF V. PEREGRINE |

## DECLARATION OF REASONABLE DILIGENCE

PERSON TO SERVE: Joseph Peter Slaga, an individual

DOCUMENTS RECEIVED:

SUMMONS & COMPLAINT
SEE ATTACHMENT

I DECLARE THE FOLLOWING ATTEMPTS WERE MADE TO EFFECT SERVICE BY PERSONAL DELIVERY
BUSINESS        400 Camarillo Ranch Rd Ste 101
                Camarillo        CA        93012

05/08/08   03:40 PM SUBJECT NOT IN
05/09/08   09:55 AM SUBJECT NOT IN
05/12/08   09:55 AM SUBJECT NOT IN
SUB-SERVED JASMINE HOLMES AFRICAN AMERICAN
FEMALE 26YRS 5'7" 150LBS. BLACK HAIR
SERVER JOAQUIN BRACAMONTES, #375

7a. Person Serving:   Joaquin   Bracamontes

b. DDS Legal Support
2900 Bristol St
Costa Mesa, Ca 92626

c. (714) 662-5555

d. The fee for service was        $89.90
e. I am:
  (1)      not a registered California process server:
  (3) X    registered California process server:
    (i)
    (i) Registration No:        375
    (i) County:   Ventura

8. I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

5/15/2008

X _____
              SIGNATURE

PROOF OF SERVICE

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| Michael L. Tracy, Esq. SBN 237779<br>2030 Main St Ste 1300<br>Irvine    CA    92614<br>ATTORNEY FOR (Name | (949) 260-9171 | |

Insert of Court Name of Judicial District and Branch Court if any
UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

SHORT TITLE OF CASE
ZAITZEFF V. PEREGRINE

| 1378003 | (HEARING) Date | Time | Dept | Case Number:<br>CV0802874MRP(JWJx) |
|---|---|---|---|---|
| | | | | REFERENCE NO.<br>ZAITZEFF V. PEREGRINE |

## PROOF OF SERVICE BY MAIL

1. I AM EMPLOYED IN, OR A RESIDENT OF, THE COUNTY IN WHICH THE MAILING OCCURED, AND NOT A PARTY TO THIS ACTION. AT THE TIME OF MAILING, I WAS AT LEAST 18 YEARS OF AGE OR OLDER

ON  05/13/08

5. b (4)  AFTER SUBSTITUTED SERVICE UNDER SECTION 415.20 (a) or 415.20 (b) or 415.46 C.C.P. WAS MADE. I SERVED THE WITHIN:

SUMMONS & COMPLAINT
SEE ATTACHMENT

ON THE DEFENDANT IN SAID ACTION BY PLACING A TRUE COPY THEREOF ENCLOSED IN A SEALED ENVELOPE WITH POSTAGE THEREON PREPAID FOR FIRST CLASS IN THE UNITED STATES MAIL AT:  COSTA MESA, CALIFORNIA, ADDRESSED AS FOLLOWS:

Peregrine Financial Group, Inc., An Iowa

Corporation
Don Wellenreiter, Officer
400 Camarillo Ranch Rd Ste 101
Camarillo          CA          93012

DECLARANT:  lisa.steele

b. DDS Legal Support
2900 Bristol St
Costa Mesa, Ca 92626

c. (714) 662-5555

d. The fee for service was    $50.16
e. I am:
  (1) X    not a registered California process server:
  (3)      registered California process server:
     (i) Employee
     (i) Registration No:  434
     (i) County:  Orange

8. I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

5/15/2008                     X _____
                                          SIGNATURE

**PROOF OF SERVICE**

| PETITIONER/PLAINTIFF: DAVID ZEITZEFF | CASE NUMBER: |
|---|---|
| RESPONDENT/DEFENDANT: PEREGRINE FINANCIAL | CV0802874MRP(JWJx) |

CLERK'S OFFICE SERVICES FOR ATTORNEYS AND THE GENERAL PUBLIC;

NOTICE TO COUNSEL;

UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA CIVILITY AND PROFESSIONALISM GUIDELINES



MICHAEL TRACY SBN 237779
MEGAN HUTCHINS SBN 227776
LAW OFFICES OF MICHAEL TRACY
2030 MAIN ST., STE. 1300
IRVINE, CA 92614
TELEPHONE: (949) 260-9171
FACSIMILE: (866) 365-3051

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| DAVID ZAITZEFF | CASE NUMBER: |
|---|---|
| Plaintiff(s) | CV0802874MRPJWJX |
| v. | |
| PEREGRINE FINANCIAL GROUP | **PROOF OF SERVICE SUMMONS AND COMPLAINT** (Use separate proof of service for each person/party served) |
| Defendant(s) | |

1. At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the *(specify documents)*:
   a. [X] summons   [X] complaint   [ ] alias summons   [ ] first amended complaint
   [ ] second amended complaint
   [ ] third amended complaint

   [X] other *(specify)*: SEE ATTACHMENT

2. **Person served**:
   a. [X] Defendant *(name)*: Peregrine Financial Group, Inc., An Iowa Corporation by **serving Don Wellenreiter, Officer**
   b. [X] Other *(specify name and title or relationship to the party/business named)*:
      JASMINE HOLMES, PERSON APPARENTLY IN CHARGE.
   c. [X] Address where papers were served: 400 CAMARILLO RANCH RD., STE. 101, CAMARILLO, CA 93012

3. **Manner of Service** in compliance with *(the appropriate box must be checked)*:
   a. [ ] Federal Rules of Civil Procedure
   b. [X] California Code of Civil Procedure

4. **I served** the person named in Item 2:
   a. [ ] By **Personal service**. By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.
      1. [ ] **Papers were served on** *(date)*:_____ at *(time)*:_____
   b. [X] By **Substituted service**. By leaving copies:
      1. [ ] **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.
      2. [X] **(business)** or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.
      3. [X] **Papers were served on** *(date)*: 05/12/08    at *(time)*: 9:55 AM
      4. [X] **by mailing** *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).
      5. [X] **papers were mailed on** *(date)*: 05/13/08
      6. [ ] **due diligence**. I made at least three (3) attempts to personally serve the defendant.

---

CV-1 (04/01)    PROOF OF SERVICE - SUMMONS AND COMPLAINT    PAGE 1

c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☒ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service).**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers**.

   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.

   Name of person served:

   Title of person served:

   Date and time of service: *(date)*: _____ at *(time)*: _____

   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number)*:

   JOAQUIN BRACAMONTES 375/VENTURA
   DDS LEGAL SUPPORT SYSTEMS
   2900 BRISTOL ST., STE. E106
   COSTA MESA, CA 92626
   (714) 662-5555

   a. Fee for service: $ 50.16
   b. ☐ Not a registered California process server
   c. ☐ Exempt from registration under B&P 22350(b)
   d. ☒ Registered California process server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: MAY 15, 2008

_____
(Signature)

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

CV-1 (04/01)                                                                                                          PAGE 2

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| Michael L. Tracy, Esq. SBN 237779<br>2030 Main St Ste 1300<br>Irvine    CA    92614 | (949) 260-9171 | |

ATTORNEY FOR (Name

Insert of Court Name of Judicial District and Branch Court if any
**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

SHORT TITLE OF CASE
**ZAITZEFF V. PEREGRINE**

| 1377995 | (HEARING) Date | Time | Dept | Case Number:<br>CV0802874MRP(JWJx) |
|---|---|---|---|---|
| | | | | REFERENCE NO.<br>ZAITZEFF V. PEREGRINE |

## PROOF OF SERVICE BY MAIL

1. I AM EMPLOYED IN, OR A RESIDENT OF, THE COUNTY IN WHICH THE MAILING OCCURED, AND NOT A PARTY TO THIS ACTION. AT THE TIME OF MAILING, I WAS AT LEAST 18 YEARS OF AGE OR OLDER

ON  5/13/08

5. b (4)  AFTER SUBSTITUTED SERVICE UNDER SECTION 415.20 (a) or 415.20 (b) or 415.46 C.C.P. WAS MADE. I SERVED THE WITHIN:

SUMMONS & COMPLAINT
- SEE ATTACHMENT

ON THE DEFENDANT IN SAID ACTION BY PLACING A TRUE COPY THEREOF ENCLOSED IN A SEALED ENVELOPE WITH POSTAGE THEREON PREPAID FOR FIRST CLASS IN THE UNITED STATES MAIL AT:  COSTA MESA, CALIFORNIA, ADDRESSED AS FOLLOWS:

Joseph Peter Slaga, an individual

400 Camarillo Ranch Rd Ste 101
Camarillo    CA    93012

DECLARANT:  lisa.steele

d. The fee for service was    $89.90
e. I am:
  (1)  X   not a registered California process server:
  (3)       registered California process server:
    (i)  Employee
    (i)  Registration No:  434
    (i)  County:  Orange

b. DDS Legal Support
2900 Bristol St
Costa Mesa, Ca 92626

c. (714) 662-5555

8. I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

5/15/2008                                    X _____ SIGNATURE

**PROOF OF SERVICE**

| PETITIONER/PLAINTIFF: DAVID ZEITZEFF | CASE NUMBER: |
|---|---|
| RESPONDENT/DEFENDANT: PEREGRINE FINANCIAL | CV0802874MRP(JWJx) |

CLERK'S OFFICE SERVICES FOR ATTORNEYS AND THE GENERAL PUBLIC;

NOTICE TO COUNSEL;

UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA CIVILITY AND PROFESSIONALISM GUIDELINES

Legal Solutions Plus