# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 08-02874 MMM (JWJx) | Date | May 21, 2008 |
| Title | *Zaitzeff v. Peregrine Financial Group, Inc., et al.* | | |

Present: The Honorable  MARGARET M. MORROW

| ANEL HUERTA | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**     **Order Advancing Briefing Schedule**

On May 21, 2008, defendants Peregrine Financial Group, Inc. and Joseph Peter Slaga filed a motion to dismiss plaintiff's complaint, or alternatively, to transfer venue and to compel arbitration. The motion is currently scheduled for hearing on June 23, 2008. The court hereby advances the briefing schedule on defendants' motion. Any opposition by plaintiff must be filed no later than **May 31, 2008**. Any reply by defendants must be filed no later than **June 6, 2008.** The court requests that the parties deliver a conformed courtesy copy to **chambers** in the **Roybal Building** on the day of filing.