MICHAEL L. TRACY, ESQ. (SBN 237779)
MEGAN ROSS HUTCHINS, ESQ. (SBN 227776)
LAW OFFICES OF MICHAEL L. TRACY
2030 Main Street, Suite 1300
Irvine, CA 92614
mhutchins@michaeltracylaw.com
T: (949) 260-9171
F: (866) 365-3051

Attorneys for Plaintiff
DAVID ZAITZEFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| DAVID ZAITZEFF, et al., | Case No. 2:08-cv-02874-MMM (JWJx) |
| Plaintiff, | EX PARTE APPLICATION TO SEAL DOCUMENTS WITH SOCIAL SECURITY NUMBERS |
| vs. | |
| PEREGRINE FINANCIAL GROUP, INC., et al., | Complaint Filed: May 2, 2008<br>Trial Date: None |
| Defendants. | |

Plaintiff, David Zaitzeff applies to this Court for *ex parte* relief to seal documents filed by Defendant Peregrine Financial Group, Inc. ("PFG") which contain the full Social Security Number of Plaintiff David Zaitzeff. Mr. Zaitzeff requests an order that documents #7 and #8 in the docket be sealed and that PFG be ordered to re-file their motion with redacted versions of the putative contract.

### MEMORANDUM

Counsel for Plaintiff has met and conferred with Michael Abbott of Jones, Bell, Abbot, Fleming & Fitzgerald, LLP, 601 South Figueroa St 27th FLR, Los Angeles, CA 90017, 213-485-1555. Mr. Abbott indicated that he will not oppose this motion.

On May 21, 2008, PFG filed two identical copies of their Motion to Dismiss. The moving papers as well as all declarations and exhibits were included in a single electronic

document. Attached as Exhibit 1 to the declaration of Rebecca Wing contains a reference to the full Social Security number of Mr. Zaitzeff (First paragraph on the page). General Order No. 08-02(IV)(G) requires that private information such as Social Security Numbers be redacted.

Mr. Zaitzeff will be irreparably harmed if this motion is not granted because his private information is being disseminated and once downloaded by other third-parties who archive and disseminate this information, it will be impossible to stop further dissemination. Mr. Zaitzeff reserves the right to pursue additional remedies against Defendants and their counsel.

It should also be noted that had PFG complied with Local Rule 7-3, this motion would not be necessary as Plaintiff's counsel would have had the required time to inspect the documents and address this issue prior to the documents being filed.

Mr. Zaitzeff requests an order that documents #7 and #8 in the docket be sealed and that PFG be ordered to re-file their motion with redacted versions of the putative contract.

DATED: May 28, 2008                LAW OFFICES OF MICHAEL L. TRACY


By:     /s/ Michael Tracy
        MICHAEL TRACY, Attorney for
        Plaintiff DAVID ZAITZEFF

-2-
EX PARTE APPLICATION TO SEAL DOCUMENTS WITH SOCIAL SECURITY NUMBERS

```
 1 | MICHAEL L. TRACY, ESQ. (SBN 237779)
   | mtracy@michaeltracylaw.com
 2 | MEGAN ROSS HUTCHINS, ESQ. (SBN 227776)
   | mhutchins@michaeltracylaw.com
 3 | LAW OFFICES OF MICHAEL L. TRACY
   | 2030 Main Street, Suite 1300
 4 | Irvine, CA  92614
   | T: (949) 260-9171
 5 | F: (866) 365-3051
 6 | Attorneys for Plaintiff
   | DAVID ZAITZEFF
 7 |
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| DAVID ZAITZEFF, et al.,<br><br>    Plaintiff,<br><br>vs.<br><br>PEREGRINE FINANCIAL GROUP, INC., et al.,<br><br>    Defendants. | Case No. 2:08-cv-02874-MMM (JWJx)<br><br>**ORDER GRANTING APPLICATION TO SEAL DOCUMENTS WITH SOCIAL SECURITY NUMBERS**<br><br>Complaint Filed: May 2, 2008<br>Trial Date:       None |

This matter was brought *ex parte* and no oral argument was requested or granted. The Court has read the papers submitted and concludes that the motion should be GRANTED.

///
///
///
///
///
///
///
///

1  IT IS ORDERED THAT:

2   1. The motion of Plaintiff David Zaitzeff is GRANTED.

3   2. That Defendant's Motion to Dismiss which was filed in duplicate as documents #7
4      and #8 on the docket are to be sealed.

5   3. Defendant is to promptly file the Motion to Dismiss with any Social Security
6      Numbers redacted and otherwise comply with General Order 08-02.

7

8  Dated:_____

9

10                                              _____
                                                UNITED STATES DISTRICT JUDGE
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-
EX PARTE TO SEAL DOCUMENTS