MICHAEL L. TRACY, ESQ. (SBN 237779)
mtracy@michaeltracylaw.com
MEGAN ROSS HUTCHINS, ESQ. (SBN 227776)
mhutchins@michaeltracylaw.com
LAW OFFICES OF MICHAEL L. TRACY
2030 Main Street, Suite 1300
Irvine, CA 92614
T: (949) 260-9171
F: (866) 365-3051

Attorneys for Plaintiff
DAVID ZAITZEFF

FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT
MAY 2 8 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

DENIED AS MOOT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| DAVID ZAITZEFF, et al., <br><br>  Plaintiff, <br><br> vs. <br><br> PEREGRINE FINANCIAL GROUP, INC., et al., <br><br>  Defendants. | Case No. 2:08-cv-02874-MMM (JWJx) <br><br> **ORDER GRANTING APPLICATION TO SEAL DOCUMENTS WITH SOCIAL SECURITY NUMBERS** <br><br> Complaint Filed: May 2, 2008 <br> Trial Date:  None |

This matter was brought *ex parte* and no oral argument was requested or granted. The Court has read the papers submitted and concludes that the motion should be GRANTED.

///
///
///
///
///
///
///
///

-1-
EX PARTE TO SEAL DOCUMENTS

IT IS ORDERED THAT:

1. The motion of Plaintiff David Zaitzeff is GRANTED.
2. That Defendant's Motion to Dismiss which was filed in duplicate as documents #7 and #8 on the docket are to be sealed.
3. Defendant is to promptly file the Motion to Dismiss with any Social Security Numbers redacted and otherwise comply with General Order 08-02.

Dated: _____

DENIED MOOT
_____
UNITED STATES DISTRICT JUDGE

-2-
EX PARTE TO SEAL DOCUMENTS