Michael J. Abbott (Bar No. 53402)
**JONES, BELL, ABBOTT, FLEMING & FITZGERALD L.L.P.**
601 South Figueroa Street, Twenty-Seventh Floor
Los Angeles, California 90017-5759
Telephone Number: (213) 485-1555
Facsimile Number: (213) 689-1004

Joel J. Bellows (Cal. Bar No. 37092)
Christopher L. Gallinari
**BELLOWS AND BELLOWS, P.C.**
209 South LaSalle Street, Suite 800
Chicago, IL 60604
Telephone Number:  (312) 332-3340
Facsimile Number:  (312) 332-1190

Attorneys for Defendants Peregrine Financial Group, Inc.,
and Joseph Peter Slaga

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DAVID ZAITZEFF, an individual on his own behalf and on behalf of the State of California Labor and Workforce Development Agency as a Private Attorney General,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PEREGRINE FINANCIAL GROUP, INC., an Iowa Corporation, JOSEPH PETER SLAGA, an individual; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | **CASE NO.  CV08-02874-MMM**<br><br>**NOTICE OF WITHDRAWAL OF NOTICE OF MOTION AND MOTION TO DISMISS FILED MAY 21, 2008**<br><br>Judge:　　Hon. Margaret M. Morrow<br>Courtroom:　Roybal 780 |

**PLEASE TAKE NOTICE** that Defendants Peregrine Financial Group, Inc. and Joseph Peter Slaga ("Defendants") hereby withdraw their Notice of Motion and Motion to Dismiss filed May 21, 2008 and that motion has been replaced by

- 2 -

1 | Defendants' Notice of Motion and Motion to Dismiss filed May 28, 2008.

3 | DATED: May 29, 2008    **JONES, BELL, ABBOTT, FLEMING & FITZGERALD L.L.P.**
Michael J. Abbott

By:    /s/ Michael J. Abbott
      Michael J. Abbott
Attorneys for Defendants Peregrine Financial Group, Inc., and Joseph Peter Slaga