MICHAEL L. TRACY, ESQ. (SBN 237779)
mtracy@michaeltracylaw.com
MEGAN ROSS HUTCHINS, ESQ. (SBN 227776)
mhutchins@michaeltracylaw.com
LAW OFFICES OF MICHAEL L. TRACY
2030 Main Street, Suite 1300
Irvine, CA 92614
T: (949) 260-9171
F: (866) 365-3051

Attorneys for Plaintiff
DAVID ZAITZEFF

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| DAVID ZAITZEFF, et al., | Case No. CV 08-2874 MMM (JWJx) |
| Plaintiff, | **PLAINTIFF'S OBJECTIONS TO EVIDENCE SUBMITTED IN MOTION TO DISMISS** |
| vs. | |
| PEREGRINE FINANCIAL GROUP, INC., et al., | Hearing Date: June 23, 2008 10AM<br>Judge: Hon. Margaret M. Morrow |
| Defendants. | |

Plaintiff, David Zaitzeff submits the following objections to "evidence" submitted by Defendant Peregrine Financial Group, Inc.

**Objections to Declaration of Rebecca J. Wing**

| MATERIAL OBJECTED TO | GROUNDS FOR OBJECTION |
|---|---|
| 5. From March 20, 2006 through his resignation on March 2, 2008, David Zaitzeff was an Associated Person of PFG and was registered with the NFA as an Associate Member. | The declarant does not establish an adequate factual foundation to support the statement. (See FRE 601-602). Contradicted by other statements in the same declaration. Exhibit 2 P. 17 shoes that NFA does not have an "Associate Member" category, only an |

-1-
PLAINTIFF'S OBJECTIONS TO EVIDENCE SUBMITTED IN MOTION TO DISMISS

| | | |
|---|---|---|
| 1 | | "Associate" (¶6511.3) category and a "Member" (¶6511.10) category. |
| 2 | | |
| 3 | | The content of the statement is irrelevant and immaterial to any issue presented in this motion. (FRE 401 and 402.) Declarant does not say what an "Associated Person" is nor why this status would be relevant. |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | 6. The "Associated Person Agreement" attached as Exhibit 1 was entered into freely and voluntarily and negotiated at arm's length. | The declarant does not establish an adequate factual foundation to support the statement. (See FRE 601-602). |
| 9 | | |
| 10 | | |
| 11 | | Conclusory, unsupported statements are not sufficient to create a material fact. (Hansen v. United States, 7 F.3d 137 (9th Cir. 1993)). |
| 12 | | |
| 13 | | |
| 14 | 8. On May 16, 2008, PFG filed a Statement of Claim against Zaitzeff in arbitration before the NFA seeking reimbursement for a deficit in an account on Zaitzeff's equity run and other damages and a ruling that Zaitzeff was in independent contractor and not and employee of PFG and that he was not entitled to offsets against the amount he owed PFG because of the alleged violations of federal and state law that are contained in his instant Complaint. | The "Statement of Claim" referred to by the declarant is its own best evidence, and in its absence, a statement regarding its contents is inadmissible. (FRE 1001). |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | /// | |
| 27 | /// | |
| 28 | | |

-2-
PLAINTIFF'S OBJECTIONS TO EVIDENCE SUBMITTED IN MOTION TO DISMISS

1

2  DATED: May 30, 2008                LAW OFFICES OF MICHAEL L. TRACY

3

4                                     By:    __/s/ Michael Tracy_____
                                      MICHAEL TRACY, Attorney for
5                                     Plaintiff DAVID ZAITZEFF

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-
PLAINTIFF'S OBJECTIONS TO EVIDENCE SUBMITTED IN MOTION TO DISMISS