# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

DAVID ZAITZEFF

PLAINTIFF(S)

v.

PEREGRINE FINANCIAL GROUP, INC., JOSEPH PETER SLAGA, et al.

DEFENDANT(S).

CASE NUMBER

CV08-02874-MMM

**NOTICE OF CHANGE OF ATTORNEY INFORMATION**

---

**The following information must be provided:**

I, CHRISTOPHER L. GALLINARI , _____ , cgallinari@bellowspc.com
   Name                                    CA Bar ID Number              E-mail Address

☐ am counsel of record or ☑ out-of-state attorney in the above-entitled cause of action for the following party(s)

Defendants Peregrine Financial Group, Inc. and Joseph Peter Slaga

and am requesting the following change(s):

> THIS SECTION MUST BE COMPLETED IF YOUR E-MAIL ADDRESS IS TO BE ADDED.
> I ☑ consent ☐ do not consent to receive service of documents by electronic means in accordance with Fed. R. Civ. P. 5(b)(2)(E) and 77 (d), and Fed. R. Crim. P. 49(b)-(d).

*SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:*

---

☐ TO UPDATE NAME OR FIRM INFORMATION:
   ☐ I am providing the following new information pursuant to Local Rule 83-2.7 to be updated on the above-entitled cause of action.
   
   PROVIDE ONLY THE INFORMATION THAT HAS CHANGED
   
   Attorney Name changed to _____
   New Firm/Government Agency Name _____
   New Address _____
   New Telephone Number _____ New Facsimile Number _____
   New E-mail address _____

---

☑ TO BE ADDED AS COUNSEL OF RECORD: CHECK ONE BOX
   ☑ I am counsel of record in the above-entitled action and should have been added to the docket in this case. I made my first appearance in this case on May 21, 2008
   ☐ This constitutes my Notice of Appearance to appear as counsel of record for the party(s) listed above in the above-entitled action.

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A NOTICE OF

ASSOCIATION SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE, G-64 MUST BE FILED.

Attorney Name  Christopher L. Gallinari                    CA State Bar Number  _____
Firm/Government Agency Name  Bellows and Bellows, P.C.
Address:  209 South LaSalle Street, Suite 800, Chicago, Illinois 60604
Telephone Number  312 / 332-3340                  Facsimile Number  312 / 332-1190
New E-mail address  cgallinari@bellowspc.com

---

☐   TO BE REMOVED FROM THE CASE: **
  ☐   I am ☐ the aforementioned attorney from my firm is no longer counsel of record in the above- entitled cause of action.
CHECK ONE BOX
  ☐   The order relieving me/the aforementioned attorney from my firm was filed on: _____.

  ☐   There is/are other attorney(s) from the undersigned attorney's law firm/government agency who are counsel of record in this case.

  ☐   I am ☐ the aforementioned attorney is no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this case.

**This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Rule 83-2.9 and form G-01, *Request for Substitution of Attorney* and G-01ORDER, *Order on Request for Substitution of Attorney*. At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated above in this action.

---

Date: June 4, 2008                      /s/  Michael J. Abbott
                                         *Signature of Attorney of Record / Attorney for the Firm*
                                        Attorney for Defendants
                                        Peregrine Financial Group, Inc. and
                                        Joseph Peter Slaga

**PLEASE NOTE:** CM/ECF users must update their account information in the system pursuant to General Order 08-02, in addition to filing this Notice of Change of Attorney Information. A separate Notice must be filed in every pending case pursuant to Local Rule 83–2.7.