Name and address
Michael J. Abbott (State Bar # 53042)
Jones, Bell, Abbott, Fleming & Fitzgerald L.L.P.
601 South Figueroa Street, Twenty-Seventh Floor
Los Angeles, California 90017
Telephone: 213-485-1555 / Facsimile: 213-689-1004
E-Mail: mjabbott@jonesbell.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ZAITZEFF, et al.<br><br>Plaintiff(s)<br>v.<br>PEREGRINE FINANCIAL GROUP, INC.,<br>JOSEPH PETER SLAGA, et al.<br>Defendant(s). | CASE NUMBER<br><br>CV-08-02874-MMM<br><br>APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |

NOTICE:    Effective June 1, 2004, the fee for *Pro Hac Vice* Appearance is $185.00 for **each case** application. Please submit the fee with your application. Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk. If no Appointment Affidavit is on file, submission of the application is required.

I,      CHRISTOPHER L. GALLINARI      , hereby apply to the Court under Local Rule 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff    ☑ Defendant: Peregrine Financial Group, Inc. + Joseph P. Slaga   by whom I have been retained.

My *out-of-state* business information is as follows:

Bellows and Bellows, P.C.
*Firm Name*

209 South LaSalle Street, Suite 800
*Street Address*

Chicago, Illinois 60604                                    cgallinari@bellowspc.com
*City, State, Zip*                                              *E-Mail Address*

312-332-3340                                                    312-332-1190
*Telephone Number*                                              *Fax Number*

I am a member in good standing and eligible to practice before the following courts:

| Title of Court | Date of Admission |
|---|---|
| New York | July 1, 1991 |
| Illinois | November 4, 1993 |
| U.S. Dist. Ct., N. District of IL | February 14, 1994 |
| U.S. C.A., Ninth Circuit | March 17, 2004 |

I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of California. I am not currently suspended or disbarred in any court.

---

G-64 (01/08)    APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE    PAGE 1 of 2

I have concurrently, or within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions:

| Case Number | Ttitle of Action | Date of Application | Application Granted or Denied |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:

N/A

I designate _____ MICHAEL J. ABBOTT _____ as local counsel, whose business information is as follows:

Jones, Bell, Abbott, Fleming & Fitzgerald L.L.P.
*Firm Name*
601 South Figueroa Street, Twenty-Seventh Floor
*Street Address*
Los Angeles, California 90017        mjabbott@jonesbell.com
*City, State, Zip*                            *E-Mail Address*
213-485-1555                               213-689-1004
*Telephone Number*                   *Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence.

Dated  June 6, 2008                    CHRISTOPHER L. GALLINARI
                                                  *Applicant's Name (please print)*
                                                  [signature]
                                                  *Applicant's Signature*

I hereby consent to the foregoing designation as local counsel.

Dated  June 6, 2008                    MICHAEL J. ABBOTT
                                                  *Designee's Name (please print)*
                                                  [signature]
                                                  *Designee's Signature*
                                                  53042
                                                  *Designee's California State Bar Number*

**NOTE:** COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* (**G-64** ORDER) ALONG WITH THIS APPLICATION.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID ZAITZEFF, *et al.* <br><br> Plaintiff(s) <br> v. <br><br> PEREGRINE FINANCIAL GROUP, INC., <br> JOSEPH PETER SLAGA, *et al.* <br><br> Defendant(s). | CASE NUMBER <br><br> CV-08-02874-MMM <br><br> ORDER ON <br> APPLICATION OF NON-RESIDENT ATTORNEY <br> TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed the accompanying Application of __Christopher L. Gallinari__,
*Applicant's Name*

of __Bellows and Bellows, P.C., 209 South LaSalle Street, Suite 800, Chicago, Illinois 60604__
*Firm Name / Address*

__312 / 332-3340__                                             __cgallinari@bellowspc.com__
*Telephone Number*                                              *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of ☒ ~~Plaintiff~~    ☐ Defendants

__Defendants Peregrine Financial Group, Inc. and Joseph Peter Slaga__

and the designation of __Michael J. Abbott / State Bar No. 53042__
*Local Counsel Designee /State Bar Number*

of __Jones, Bell, Abbott, Fleming & Fitzgerald L.L.P.__
__601 South Figueroa Street, Twenty-Seventh Floor, Los Angeles, California 90017__
*Local Counsel Firm / Address*

__213 / 485-1555__                                             __mjabbott@jonesbell.com__
*Telephone Number*                                              *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☐ GRANTED
☐ DENIED. Fee, if paid, shall be returned by the Clerk.

Dated _____

_____
U. S. District Judge/U.S. Magistrate Judge

G-64 ORDER (01/08)        ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE