```
FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 18 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                            DEP
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| DAVID ZAITZEFF, *et al.* | CASE NUMBER |
|---|---|
| Plaintiff(s) | CV-08-02874-MMM |
| v. | |
| PEREGRINE FINANCIAL GROUP, INC., JOSEPH PETER SLAGA, *et al.* | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |
| Defendant(s). | |

The Court, having reviewed the accompanying Application of __Christopher L. Gallinari__,
*Applicant's Name*

of __Bellows and Bellows, P.C., 209 South LaSalle Street, Suite 800, Chicago, Illinois 60604__
*Firm Name / Address*

__312 / 332-3340__                    __cgallinari@bellowspc.com__
*Telephone Number*                     *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of ☒ ~~Plaintiff~~  ☐ Defendants

__Defendants Peregrine Financial Group, Inc. and Joseph Peter Slaga__

and the designation of __Michael J. Abbott / State Bar No. 53042__
*Local Counsel Designee /State Bar Number*

of __Jones, Bell, Abbott, Fleming & Fitzgerald L.L.P.__
__601 South Figueroa Street, Twenty-Seventh Floor, Los Angeles, California 90017__
*Local Counsel Firm / Address*

__213 / 485-1555__                    __mjabbott@jonesbell.com__
*Telephone Number*                     *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☒ GRANTED

☐ DENIED. Fee, if paid, shall be returned by the Clerk.

Dated __June 18, 2008__                    __Margaret M. Morrow__
                                        U. S. District Judge/U.S. Magistrate Judge