UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | LA 08 CV 2874 MMM (JWJx) | Date | June 23, 2008 |

| | |
|---|---|
| Title | David Zaitzeff v. Peregrine Group Inc. et al. |

| | |
|---|---|
| Present: The Honorable | MARGARET M. MORROW |

| ANEL HUERTA and Chris Silva | MARK SCHWEITZER |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Michael Lion Tracy | Kevin K. Fitzgerald |

**Proceedings:** DEFENDANT'S MOTION TO DISMISS FOR IMPROPER VENUE OR IN THE ALTERNATIVE FOR A TRANSFER OF VENUE; PETITION TO COMPEL ARBITRATION (Docket Entry #14)

  The court having carefully considered the papers and the evidence submitted by the parties, and having heard the oral argument of counsel, the court grants in part and denies in part the motion. An order will issue.