# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ZAITZEFF, *et al.* <br><br> Plaintiff(s) <br> v. <br><br> PEREGRINE FINANCIAL GROUP, INC., JOSEPH PETER SLAGA, *et al.* <br><br> Defendant(s). | CASE NUMBER <br><br> CV-08-02874-MMM <br><br> ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed the accompanying Application of __Christopher L. Gallinari__,
*Applicant's Name*

of __Bellows and Bellows, P.C., 209 South LaSalle Street, Suite 800, Chicago, Illinois 60604__
*Firm Name / Address*

__312 / 332-3340__                               __cgallinari@bellowspc.com__
*Telephone Number*                                  *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of  ☒ ~~Plaintiff~~   ☐ Defendants

__Defendants Peregrine Financial Group, Inc. and Joseph Peter Slaga__

and the designation of __Michael J. Abbott / State Bar No. 53042__
*Local Counsel Designee /State Bar Number*

of __Jones, Bell, Abbott, Fleming & Fitzgerald L.L.P.__
__601 South Figueroa Street, Twenty-Seventh Floor, Los Angeles, California 90017__
*Local Counsel Firm / Address*

__213 / 485-1555__                               __mjabbott@jonesbell.com__
*Telephone Number*                                  *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☒ GRANTED

☐ DENIED.  Fee, if paid, shall be returned by the Clerk.

*[signature: Margaret M. Morrow]*

Dated  June 26, 2008

U. S. District Judge/U.S. Magistrate Judge

G–64 ORDER (01/08)   **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**