# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA (Western Division – Los Angeles)
# CIVIL DOCKET FOR CASE #: 2:08–cv–02874–MMM–JWJ

| | |
|---|---|
| David Zaitzeff v. Peregrine Financial Group, Inc. et al | Date Filed: 05/02/2008 |
| Assigned to: Judge Margaret M. Morrow | Date Terminated: 06/23/2008 |
| Referred to: Magistrate Judge Jeffrey W. Johnson | Jury Demand: Plaintiff |
| Cause: 29:201 Fair Labor Standards Act | Nature of Suit: 790 Labor: Other |
| | Jurisdiction: Federal Question |

**Plaintiff**

**David Zaitzeff**
*an individual, on behalf of himself and on behalf of The State of California Labor and Workforce Development Agency as a Private Attorney General*

represented by **Megan Ross Hutchins**
Michael Ross Tracy Law Offices
2030 Main Street
Suite 1300
Irvine, CA 92614
949–260–9171
Email: mhutchins@michaeltracylaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Lion Tracy**
Michael Tracy Law Offices
2030 Main Street
Suite 1300
Irvine, CA 92614
949–260–9171
Email: mtracy@michaeltracylaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Peregrine Financial Group, Inc.**
*An Iowa Corporation*

represented by **Christopher L Gallinari**
Bellows and Bellows
209 South LaSalle Street
Suite 800
Chicago, IL 60604
312–332–3340
Fax: 312–332–1190
Email: cgallinari@bellowspc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J Abbott**
Jones Bell Abbott Fleming &Fitzgerald
601 S Figueroa St
27th Fl

Los Angeles, CA 90017–5759  
213–485–1555  
Email: mjabbott@jonesbell.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Defendant**

**Joseph Peter Slaga**  
*an Individual*

represented by **Christopher L Gallinari**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Michael J Abbott**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Defendant**

**Does 1 through 10**  
*inclusive*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/02/2008 | Ï 1 | COMPLAINT against Defendants Peregrine Financial Group, Inc., Joseph Peter Slaga, Does 1 through 10.(Filing fee $ 350 Paid) Jury Demanded, filed by plaintiff David Zaitzeff.(cbr) Modified on 5/6/2008 (cbr, ). Additional attachment(s) added on 5/9/2008 (hha, ). (Entered: 05/06/2008) |
| 05/02/2008 | Ï 2 | CERTIFICTE AND NOTICE of Interested Parties filed by Plaintiff David Zaitzeff. (cbr) Additional attachment(s) added on 5/9/2008 (hha, ). (Entered: 05/06/2008) |
| 05/02/2008 | Ï | 20 Day DAY Summons Issued re Complaint – (Discovery) 1 as to Defendants Peregrine Financial Group, Inc., Joseph Peter Slaga, Does 1 through 10. (cbr) (Entered: 05/06/2008) |
| 05/05/2008 | Ï | FAX number for Attorney Megan Ross Hutchins, Michael Lion Tracy is 866–365–3051. (cbr) (Entered: 05/06/2008) |
| 05/07/2008 | Ï 3 | ORDER RETURNING CASE FOR REASSIGNMENT by Judge Mariana R. Pfaelzer. ORDER case returned to the Clerk for random reassignment pursuant to General Order 07–02. Case randomly reassigned from Judge Mariana R. Pfaelzer to Judge Margaret M. Morrow for all further proceedings. The case number will now reflect the initials of the transferee Judge CV08–2874 MMM (JWJx). (at) (Entered: 05/07/2008) |
| 05/07/2008 | 4 | ORDER TO REASSIGN CASE due to self–recusal pursuant to General Order 07.02 by Judge Gary A. Feess. Case transferred to the calendar of Judge George H Wu for all further proceedings. Case number now reads as CV08–2780 GW (CTx).(at) (Entered: 05/07/2008) |
| 05/07/2008 | Ï 5 | NOTICE OF CLERICAL ERROR: Docket # 4 placed in error, due to wrong case number was entered.Due to clerical error the Case has been reassigned from Judge George H Wu to Judge Margaret M. Morrow for all further proceedings. The case will now reflect the initials of the transferee Judge CV08–2874 MMM (JWJx). (at) Modified on 5/7/2008 (at, ). (Entered: 05/07/2008) |
| 05/09/2008 | Ï 6 | NOTICE TO PARTIES OF ADR PILOT PROGRAM filed.(bp) (Entered: 05/09/2008) |

| 05/21/2008 | Ï 7 | [STRICKEN] NOTICE OF MOTION AND MOTION to Dismiss Case filed by defendants Peregrine Financial Group, Inc., Joseph Peter Slaga.Motion set for hearing on 6/23/2008 at 10:00 AM before Judge Mariana R. Pfaelzer. (Attachments: # 1 Proposed Order order re dismissal, transfer, and arbitration)(Abbott, Michael) Modified on 5/21/2008 (ah, ). (Entered: 05/21/2008) |
|---|---|---|
| 05/21/2008 | Ï 8 | [WITHDRAWN] NOTICE OF MOTION AND MOTION to Dismiss Case filed by defendants Peregrine Financial Group, Inc., Joseph Peter Slaga.Motion set for hearing on 6/23/2008 at 10:00 AM before Judge Margaret M. Morrow. (Attachments: # 1 Proposed Order order re dismissal, transfer, and arbitration)(Abbott, Michael) Modified on 5/29/2008 (ah). (Entered: 05/21/2008) |
| 05/21/2008 | Ï 9 | PROOF OF SERVICE Executed by plaintiff David Zaitzeff, upon Peregrine Financial Group, Inc. served on 5/13/2008, answer due 6/2/2008. Original Summons none. (Tracy, Michael) (Entered: 05/21/2008) |
| 05/21/2008 | ï 10 | PROOF OF SERVICE Executed by plaintiff David Zaitzeff, upon Joseph Peter Slaga served on 5/13/2008, answer due 6/2/2008. Original Summons none. (Tracy, Michael) (Entered: 05/21/2008) |
| 05/21/2008 | ï 11 | IN CHAMBERS ORDER ADVANCING BRIEFING SCHEDULE by Judge Margaret M. Morrow : The briefing schedule to defendant's MOTION to Dismiss Case 8 is advanced as follows: Opposition due 5/31/08. Reply due 6/6/08. (ah) (Entered: 05/21/2008) |
| 05/21/2008 | ï 12 | ORDER STRIKING MOTION TO DISMISS 7 by Judge Margaret M. Morrow : DUPLICATE FILING. (ah) (Entered: 05/21/2008) |
| 05/28/2008 | ï 13 | EX PARTE APPLICATION to Seal *documents with social security number* filed by plaintiff David Zaitzeff. (Attachments: # 1 Proposed Order)(Tracy, Michael) (Entered: 05/28/2008) |
| 05/28/2008 | ï 14 | NOTICE OF MOTION AND MOTION to Dismiss Case filed by defendants Peregrine Financial Group, Inc., Joseph Peter Slaga. Motion set for hearing on 6/23/2008 at 10:00 AM before Judge Margaret M. Morrow. (Attachments: # 1 Proposed Order order re dismissal, transfer, and arbitration)(Abbott, Michael) (Entered: 05/28/2008) |
| 05/28/2008 | ï 15 | ORDER DENYING AS MOOT EX PARTE APPLICATION to Seal *documents with social security number* 13 by Judge Margaret M. Morrow. (ah) (Entered: 05/28/2008) |
| 05/29/2008 | ï 16 | NOTICE OF MOTION AND MOTION to Withdraw MOTION to Dismiss Case 8 filed by defendants Peregrine Financial Group, Inc., Joseph Peter Slaga. Motion set for hearing on 6/23/2008 at 10:00 AM before Judge Margaret M. Morrow. (Abbott, Michael) (Entered: 05/29/2008) |
| 05/30/2008 | ï 17 | OPPOSITION *to motion to dismiss* filed by Plaintiff David Zaitzeff. (Attachments: # 1 Declaration, # 2 Declaration)(Tracy, Michael) (Entered: 05/30/2008) |
| 05/30/2008 | ï 18 | OBJECTIONS in Opposition to re: MOTION to Dismiss Case 14 filed by Plaintiff David Zaitzeff. (Tracy, Michael) (Entered: 05/30/2008) |
| 06/05/2008 | ï 19 | [STRICKEN] NOTICE of Change of Attorney Information for attorney Michael J Abbott counsel for Defendants Peregrine Financial Group, Inc., Joseph Peter Slaga. Filed by Defendants Peregrine Financial Group, Inc. and Joseph Peter Slaga Peregrine Financial Group, Inc. and Joseph Peter Slaga (Abbott, Michael) Modified on 6/5/2008 (ah). (Entered: 06/05/2008) |
| 06/05/2008 | ï 20 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents. The following error(s) was found: account information was not updated in ECF system RE: Notice of Change of Attorney Information (G−06), Notice of Change of Attorney Information (G−06) 19 . In response to this notice the court may order (1) an amended or correct document to be filed (2) the document stricken or (3) take other action as the court deems appropriate. (vh) (Entered: 06/05/2008) |

| | | |
|---|---|---|
| 06/05/2008 | [21](#) | RESPONSE BY THE COURT TO NOTICE OF FILER DEFICIENCIES by Judge Margaret M. Morrow. Document is stricken. (ah) (Entered: 06/05/2008) |
| 06/13/2008 | [22](#) | NOTICE OF MOTION AND MOTION to Dismiss Case filed by defendants Peregrine Financial Group, Inc., Joseph Peter Slaga. Motion set for hearing on 6/23/2008 at 10:00 AM before Judge Margaret M. Morrow. (Abbott, Michael) (Entered: 06/13/2008) |
| 06/16/2008 | [23](#) | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents. The following error(s) was found: Incorrect event selected. Correct event is Response, reples &other motion related documents RE: MOTION to Dismiss Case [22](#) . In response to this notice the court may order (1) an amended or correct document to be filed (2) the document stricken or (3) take other action as the court deems appropriate. (bp) (Entered: 06/16/2008) |
| 06/16/2008 | [24](#) | REPLY support of MOTION to Dismiss Case [14](#) filed by Defendants Peregrine Financial Group, Inc., Joseph Peter Slaga. (Abbott, Michael) (Entered: 06/16/2008) |
| 06/18/2008 | [25](#) | APPLICATION OF NON–RESIDENT ATTORNEY Christopher L. Gallinari for Leave to Appear Pro Hac Vice. FEE PAID. filed by defendants Peregrine Financial Group, Inc., Joseph Peter Slaga. (Attachments: #[1](#) Proposed Order Order on application on non–resident attorney to appear in a specific case)(Abbott, Michael) (Entered: 06/18/2008) |
| 06/18/2008 | [26](#) | ORDER by Judge Margaret M. Morrow Granting APPLICATION OF NON–RESIDENT ATTORNEY Christopher L. Gallinari for Leave to Appear Pro Hac Vice. FEE PAID. [25](#) by Christopher L. Gallinari to appear on behalf of Defendants Peregrine Financial Group, Inc., Joseph Peter Slaga.Michael J. Abbott is designated as local counsel. Fee paid. (bp) (Entered: 06/19/2008) |
| 06/23/2008 | [27](#) | MINUTES OF Defendant's Motion to Dismiss for Improper Venue or in the Alternative for a Transfer of Venue; Petition to Compel Arbitration [14](#) held before Judge Margaret M. Morrow. The court having carefully considered the papers and the evidence submitted by the parties, and having heard the oral argument of counsel, the court grants in part and denies in part the motion. An order will issue. Court Reporter: Mark Schweitzer. (csi) (Entered: 06/23/2008) |
| 06/23/2008 | [28](#) | ORDER: The court denies' defendants' motion to dismiss for improper venue. The court, however, grants defendants' alternative motion to transfer venue to the Norther District of Illinois and directs the clerk to transfer the action forthwith by Judge Margaret M. Morrow transferring case to Northern District of Illinois. Original file, certified copy of the transfer order and docket sheet sent. (MD JS–6. Case Terminated.) (bp) (Additional attachment(s) added on 7/14/2008: #[1](#) transfer letter) (bp). (Entered: 06/24/2008) |
| 06/26/2008 | [29](#) | ORDER by Judge Margaret M. Morrow Granting APPLICATION OF NON–RESIDENT ATTORNEY Christopher L. Gallinari for Leave to Appear Pro Hac Vice. FEE PAID. [25](#) by Christopher L. Gallinari to appear on behalf of Defendants Peregrine Financial Group, Inc., Joseph Peter Slaga.Michael J. Abbott is designated as local counsel. Fee PAID. (rrey) (Entered: 06/26/2008) |