# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear pro hac vice as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                        Case Number:   08-cv-04053

David Zaitzeff v. Peregrine Financial Group, Inc. and Joseph Peter Slaga

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

Defendants Peregrine Financial Group, Inc. and Joseph Peter Slaga

---

NAME (Type or print)
Christopher L. Gallinari

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
           s/Christopher L. Gallinari

FIRM   Bellows and Bellows

STREET ADDRESS   209 South LaSalle Street, Suite 800

CITY/STATE/ZIP   Chicago, Illinois 60604

ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6217376        TELEPHONE NUMBER   (312) 332-3340

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")   N

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")   N

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")   Y

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")   Y

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

  RETAINED COUNSEL                        APPOINTED COUNSEL