IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAVID ZAITZEFF, | ) |
| | ) |
| Plaintiff, | ) No. 08-cv-04053 |
| | ) |
| v. | ) Hon. Charles R. Norgle |
| | ) |
| PEREGRINE FINANCIAL GROUP, INC. and | ) |
| JOSEPH PETER SLAGA, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on August 15, 2008 at 9:30 a.m. or as soon thereafter as counsel may be heard, we will appear before the Honorable Judge Charles R. Norgle, or any other Judge Presiding in the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Room 2341, Chicago, Illinois, and present Defendants' Motion for an Extension of Time to Answer Complaint, a copy of which is attached and served upon you.

Respectfully submitted,

Defendants PEREGRINE FINANCIAL
GROUP, INC. et al.

By:__/s Christopher L. Gallinari_____
        One of Their Attorneys

Joel J. Bellows, Esq.
Christopher L. Gallinari, Esq.
BELLOWS AND BELLOWS, P.C.
209 South LaSalle Street, Suite 800
Chicago, IL 60604
(312) 332-3340
(312) 332-1190 (facsimile)