IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DAVID ZAITZEFF, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08-cv-04053 |
| | ) | |
| v. | ) | Hon. Charles R. Norgle |
| | ) | |
| PEREGRINE FINANCIAL GROUP, INC. and | ) | |
| JOSEPH PETER SLAGA, | ) | |
| | ) | |
| Defendants. | ) | |

**SUPPLEMENT TO DEFENDANTS' MOTION FOR EXTENSION OF TIME
TO FILE ANSWER TO COMPLAINT**

**NOW COME** Defendants Peregrine Financial Group, Inc. ("PFG") and Joseph Peter Slaga ("Slaga"), by their undersigned attorneys, and file this Supplement to their Motion for Extension of Time to File Answer to Complaint, and state the following:

1.     On or about July 29, 2008, the undersigned noted that an appearance had been filed on behalf of Plaintiff in this case by J. Bryan Wood of Stowell & Friedman on July 29, 2008.  However, no appearance before this Court had been filed by Michael Tracy, who was the attorney who represented Plaintiff before the U.S. District Court for the Central District of California.  The undersigned was curious whether Mr. Tracy was admitted before this Court and therefore immediately checked this Court's on-line registry of admitted attorneys but found no record of Mr. Tracy's admission.

2.     Since that time, the undersigned has been informed that Mr. Tracy was admitted before this Court on July 29, 2008 and that this Court's on-line registry now reflects that information.  Therefore, in the interests of accuracy, Defendants hereby withdraw that portion of paragraph 3 of their motion which states that Mr. Tracy is not admitted before this Court.

WHEREFORE, Defendants Peregrine Financial Group, Inc. and Joseph Peter Slaga respectfully request that the court grant them until September 30, 2008 to file their Answer to the Complaint and granting such other relief as may be just and proper.

                                                PEREGRINE FINANCIAL GROUP, INC.
                                                and JOSEPH PETER SLAGA

                                                By:____s/Christopher L. Gallinari_____
                                                           One of Their Attorneys

Joel J. Bellows, Esq.
Christopher L. Gallinari, Esq.
BELLOWS AND BELLOWS, P.C.
209 South LaSalle Street, Suite 800
Chicago, Illinois 60604
(312) 332-3340
(312) 332-1190 (facsimile)