UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

David Zaitzeff
                                    Plaintiff,

v.                                                Case No.: 1:08−cv−04053
                                                        Honorable Charles R. Norgle Sr.

Peregrine Financial Group, Inc., et al.
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, August 15, 2008:

       MINUTE entry before the Honorable Charles R. Norgle, Sr: Motion for Extension of Time to File Answer [39] is granted over objection. Motion hearing held on 8/15/2008. Defendant given until 10/01/08 to answer or otherwise plead. Agreed Written Status Report is due by 12/11/2008. Motion hearing held on 8/15/2008. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.