# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number: 08-cv-04053

David Zaitzeff v. Peregrine Financial Group, Inc. and Joseph Peter Slaga

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

David Zaitzeff

Attorney J. Bryan Wood has been designated of Local Counsel pursuant to LR 83.15

| NAME (Type or print) |
| --- |
| Megan Ross Hutchins |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Megan Ross Hutchins |
| FIRM |
| Law Offices of Michael Tracy |
| STREET ADDRESS |
| 2030 Main St STE 1300 |
| CITY/STATE/ZIP |
| Irvine, CA 92614 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 227776 | 949-260-9171 |

| | | |
| --- | --- | --- |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐